

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
          v.                       )          Criminal Action No. 06-76-03-GMS
                                   )
EVANGELOS MADIAS,                  )
                                   )
                    Defendant.     )

FEB 29 2008

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Ronald J. Tenpas,

Assistant Attorney General for the Environment and Natural Resources Division, United States

Department of Justice, and Deborah Harris, Assistant Chief, Environmental Crimes Section, and in

the exercise of prosecutorial discretion moves this Honorable Court to dismiss the Indictment as it

charges the above-captioned defendant.

RONALD J. TENPAS
Assistant Attorney General

By: _Deborah Harris_

Deborah Harris
Assistant Chief

Dated: **2/7/08**

IT IS SO ORDERED this **4th** day of ____March____, 2008.

_____
HONORABLE GREGORY M. SLEET
Chief Judge, United States District Court

**FILED**

MAR - 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE